**FILED**
CLERK, U.S. DISTRICT COURT

5/11/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-cr-00198-FMO |
| Plaintiff, | I N F O R M A T I O N |
| v. | [26 U.S.C. § 7206(1): Subscribing to a False Tax Return] |
| PETER HAN, | |
| Defendant. | |

The United States Attorney charges:

[26 U.S.C. § 7206(1)]

On or about March 5, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant PETER HAN willfully made and subscribed to a materially false U.S. Individual Income Tax Return, Form 1040, for calendar year 2018, which was verified by a written declaration that it was made under the penalties of perjury, which was filed with the Internal Revenue Service, and which defendant HAN did not believe to be true and correct as to every material matter, in that on line 6 of his Form 1040, defendant HAN reported that his total income for the calendar year 2018 was $301,583, when, in fact, as defendant HAN then knew and

believed, his total income for calendar year 2018 was approximately $861,900.

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY S. SCALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

MELISSA S. RABBANI
Assistant United States Attorney
Santa Ana Branch Office