UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 22-0198-FMO** | Date | **May 18, 2023** |
|---|---|---|---|

| Present: The Honorable | Fernando M. Olguin, U.S. District Judge |
|---|---|
| Interpreter | Annie Lee (Korean) |

| Gabriela Garcia | Maria Bustillos | Melissa Rabbani |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| PETER HAN | X | | X | Joshua Ko | X | | X |

**Proceeding**    SENTENCING

Court and counsel confer regarding the Presentence Investigation Report, the Addendum to the Presentence Report, the parties' sentencing papers, and the sentencing guidelines.

It is the judgment of the court that defendant, Peter Han, is sentenced on the Single-Count Information to Probation for a term of **twenty-four (24) months** under the following terms and conditions:

1. Defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and Second Amended General Order 20-04, including the conditions of probation and supervised release set forth in Section III of Second Amended General Order 20-04.

2. During the period of community supervision, defendant shall pay the special assessment and fine in accordance with this judgment's orders pertaining to such payment.

3. Defendant shall cooperate in the collection of a DNA sample from defendant.

4. Defendant shall comply with the Department of Internal Revenue Service in the determination and collection of all taxes owed including penalties and interest.

5. Defendant shall truthfully and timely file and pay taxes owed for the years of conviction and shall truthfully and timely file and pay taxes during the period of community supervision. Further, defendant shall show proof to the Probation Officer of compliance with this order.

6. Defendant shall apply all monies received from income tax refunds, lottery winnings, inheritance, judgments, and any other financial gains to the Court-ordered financial obligation.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

7. Defendant shall participate for a period of twelve [12] months in a home detention program which may include electronic monitoring, GPS, or an automated identification system, and shall observe all rules of such program as directed by the probation officer. Defendant shall maintain a residential telephone line without devices or services that may interrupt operation of the monitoring equipment. During this period of home detention, defendant shall be restricted to his residence at all times except for: employment; education; religious services or gatherings; medical appointments and procedures, including mental health treatment, for both defendant and defendant's family members; attorney visits; court-ordered obligations, including community service; or other activities pre-approved by probation. Defendant shall pay the costs of location monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation. Defendant shall provide payment and proof of payment as directed by the probation officer.

All fines are waived as the court finds that defendant does not have the ability to pay a fine in addition to the money he owes the I.R.S.

Defendant shall pay to the United States a special assessment of $100 which is due immediately.

The court informs defendant of his right to appeal.

The bond is exonerated.

cc: US Probation

00 : 13

Initials of Deputy Clerk  gga