E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
MELISSA S. RABBANI (Cal. Bar No. 283993)
Assistant United States Attorney
     U.S. ATTORNEY'S OFFICE
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3500
     Facsimile: (714) 338-3561
     E-mail:   melissa.rabbani@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-198-FMO |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR AMENDED JUDGMENT AND COMMITMENT ORDER; DECLARATION OF MELISSA RABBANI |
| v. | |
| PETER HAN, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel
of record, the United States Attorney for the Central District of
California and Assistant United States Attorney Melissa Rabbani,
hereby applies ex parte for an order amending the Judgment and
Commitment issued on May 18, 2023 (Dkt. 37).

     The government's application is based on the following facts, as
well as the attached declaration of Melissa Rabbani:

     1.   Following his guilty plea to one count of subscribing to a
false tax return, defendant was sentenced on May 18, 2023, to 24

months of probation.  See Dkts. 16, 36-37.

2.   As part of the plea agreement defendant signed on March 18, 2022, defendant agreed to permit the Internal Revenue Service ("IRS") to assess and collect from him $471,155, representing the total tax loss of defendant's actions.  See Dkt. 4 at 3, 12.

3.   In order to facilitate collection by the IRS, the government respectfully requests that the Court amend the judgment and commitment order issued on May 18, 2023, to add the following additional term and condition:

> a. It is ordered that the defendant shall pay restitution to the Internal Revenue Service (IRS) in the total amount of $471,155 pursuant to 18 U.S.C. § 3663.  Restitution shall be due during the period of community supervision.  Beginning 30 days after entry of this amended Judgment and Commitment, defendant shall make nominal monthly payments of at least 10% of defendant's gross monthly income but not less than $200, whichever is greater.  Nominal restitution payments are ordered as the Court finds that the defendant's economic circumstances do not allow for either immediate or future payment of the amount ordered. Pursuant to 18 U.S.C. § 3612(f)(3)(A), interest on the restitution ordered is waived because the defendant does not have the ability to pay interest.  Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

4.   As set forth in the attached declaration, the government has attempted on several occasions to reach agreement with defense counsel on these terms.  Defense counsel has not responded.

Dated: October 9, 2023          Respectfully submitted,

                                E. MARTIN ESTRADA
                                United States Attorney

                                MACK E. JENKINS
                                Assistant United States Attorney
                                Chief, Criminal Division

                                BENJAMIN R. BARRON
                                Assistant United States Attorney
                                Chief, Santa Ana Branch Office

                                */s/ Melissa S. Rabbani*
                                MELISSA S. RABBANI
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

**<u>DECLARATION OF MELISSA RABBANI</u>**

I, Melissa Rabbani, declare as follows:

    1.   I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this case.

    2.   On July 18, 2023, I sent an email to Joshua Ko, counsel for defendant Peter Han, to discuss a possible amendment to the Judgment and Commitment order to facilitate collection of restitution by the Internal Revenue Service ("IRS").

    3.   On July 26, 2023, Mr. Ko responded and said that Mr. Han was "hoping to make a payment arrangement" with the IRS.

    4.   On August 28, 2023, I sent Mr. Ko the proposed additional term and condition set forth in this <u>ex parte</u> application, which contains an income-based payment arrangement for Mr. Han's restitution. Mr. Ko did not respond to that email.

    5.   On September 27, 2023, and October 2, 2023, I sent additional emails to Mr. Ko asking for his position on the proposed term and condition. Mr. Ko did not respond to either email.

    6.   Today, before filing this application, I notified Mr. Ko by email that I was filing the application and that any opposition would be due within 24 hours or possibly 48 hours, as today is a court holiday. I also offered that I could agree to more time for his opposition if needed.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed at Santa Ana, California, on October 9, 2023.

                                     /s/ *Melissa S. Rabbani*
                                      Melissa Rabbani

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28